# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                        Plaintiff,

vs.

Kentrell Donnovan Love,

                                        Defendant.

Case No. 20-cr-3505-GPC

JUDGMENT OF DISMISSAL

**FILED**

DEC 2 0 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          *cy.s*          DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐  the Court has dismissed the case for unnecessary delay; or

☐  the Court has granted the motion of the Government for dismissal, without prejudice; or

☐  the Court has granted the motion of the defendant for a judgment of acquittal; or

☐  a jury has been waived, and the Court has found the defendant not guilty; or

☐  the jury has returned its verdict, finding the defendant not guilty;

☒  of the offense(s) as charged in the Indictment/Information:

21:952,960 - Importation of Methamphetamine (Felony)

(Charges pending in 21-cr-0900-GPC)

Dated:      12/20/21

Hon. Gonzalo P. Curiel
United States District Judge